

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of L.D.W., K.A.W., and K.L.C., Children

No. 06-23-00097-CV

Appeal from the 6th District Court of Red River County, Texas (Tr. Ct. No. CV05346). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find we find there was partial error in the judgment of the court below. We reverse the trial court's order of termination in part, and we render judgment vacating those portions of the trial court's order of termination relating to the termination of Mother's parental rights. We affirm the remainder of the trial court's termination order.

We note that Father has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

We further order that the payment of costs is waived pursuant to Section 40.062 of the Texas Human Resources Code.

RENDERED APRIL 19, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk